# EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Apr 20 04:07:21 EDT 2023*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [_____] OR Jump to record: [_____]    **Record 17 out of 27**

---

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **ZEISS** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: telescopes, including sun-tracking telescopes; binoculars; field-glasses; telescope spectacles; hunting binoculars; [ theatre glasses; ] riflescopes; [ spectacle frames; ] spectacle lenses; polarization spectacles; [ contact lenses; ] magnifiers; magnifying spectacles; protective eye wear including laser protective eye wear; optical and/or electronic equipment for measuring lengths; center thickness meters; three-coordinate measuring machines; rotary tables for coordinate measuring; optical and/or electronic equipment for differential height measurement; optical and/or electronic instruments and laser meters for measuring distance; optical instruments for measuring angles; [ photogrammetric analyzers; interpretation instruments for photogrammetry; surveillance cameras; photo-flight equipment; redressment instruments for photogrammetry; electronic and/or optical measuring instruments for geodetic purposes; cartographic information system comprising plotters, software, databases, data acquisition tools; map revision plotters; reconnaissance cameras; copiers for photogrammetry; aerial analysing instruments; aerial mapping cameras; aerial survey cameras; sketchmasters comprising optical instruments used to make, complete, and revise maps and terrain sketches, and to draw views of landscapes and other objects; levels; theodolites; ] illuminators for microscopes; microscopes including stereomicroscopes; discussion bridges for microscopes; rotary stages for microscopes; darkfield accessories for microscopes; interference systems for microscopes comprising double-beam head, reference plate, circular mirrors and interference beam splitter; condensers for microscopes; co-observation attachment for microscope; drawing attachments for microscope; aspherical [ and astronomical ] optics; [ astrographs; astrographic and photographic objectives; ] semiconductor objectives; objectives for microscopes; attachment lenses; lens carriers; lens shutters; [ astronomical instruments; atomic absorption spectrophotometers; ] autocollimators; diffraction gratings; diffractions optics; celostats; computer programs used in connection with the operation of, or analysis of data obtained from, coordinate measuring machines, microscopes, and/or other optical and medical products; refractors; electron microscopes; prisms; spectrometers; tacheometers; technoscopes; absorbance meters and recorders; photometers; stereoscopes; filters for optical equipment; fluorometers; grating for X-ray monochromators; glass meters; glass scales; planetaria; projectors for planetaria; rotary encoders; interferometers; invertoscopes; polarisation and interference optical filters; ceratometers; colposcopes; coronographs; polarimeters; optical crystal; perimeters; [ colorimeter; ] laser protection filters; laser for industrial purposes; [ meridian circles; ] spectroscopes; micro hardness testers; microscope cameras; monochromators; night scopes; oculars; synthetic optical crystal; [ optical plummets; ] optical mirrors; [ orthoprojectors; ] electronic and/or optical instruments for measuring surfaces; reflectors; profilometers; scientific or industrial X-ray cameras; scientific or industrial X-ray optics; focimeters; [ solar simulators; ] voltage meters; spectrum lamps; [ |

stereopantometers; star sensor; star simulators; thermographic system comprising plotters and rip ruster image processors; space qualified optics; ] laser scales; surgical and medical lasers and microscopes; ceiling mounts and tracks for operation microscopes; stands for operation microscopes; wall mounts for examination and operation microscopes

IC 010. US 026 039 044. G & S: medical and surgical equipment, namely interpupillometer; eye mirrors; ophthalmoscopes; slit lamps; instrument tables for ophthalmological equipment; near visual acuity testers; ophthalmometers; vision testing equipment; refractioning units; skiaskopes; skiaskopy discs; stereophoto equipment for ophthalmological instruments; refractometers; fundus cameras; tonometers; instrument tables; biometer for intraocular lenses retina cameras; ophthalmic workstations; ophthalmological diagnostic equipment; ophthalmological diagnostic sets; ophthalmological illuminators; ophthalmological magnifiers; scleral lamps; medical X-ray cameras and medical X-ray optics

(CANCELLED) IC 035. US 100 101 102. G & S: [ creating for others advertising relating to microscopes and/or other optical products ]

IC 042. US 100 101. G & S: creating for others data processing programs relating to coordinate measuring machines and other optical products; and measuring parts for others

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.07 - Rectangles with a decorative border, including scalloped, ruffled and zig-zag edges |
| **Serial Number** | 74539014 |
| **Filing Date** | June 17, 1994 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | September 26, 1995 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1942223 |
| **Registration Date** | December 19, 1995 |
| **Owner** | (REGISTRANT) CARL-ZEISS-STIFTUNG DBA CARL ZEISS CORPORATION FED REP GERMANY 73446 Oberkochen FED REP GERMANY<br><br>(LAST LISTED OWNER) CARL ZEISS AG CORPORATION FED REP GERMANY Carl-Zeiss-Strasse 22 Oberkochen FED REP GERMANY 73447 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Ronald S. Kadden |
| **Prior Registrations** | 0722796;1043282;1464143;AND OTHERS |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160302. PARTIAL SECTION 8(10-YR) 20060112. |
| **Renewal** | 2ND RENEWAL 20160302 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC